**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00403-CR**
**NO. 09-15-00404-CR**

_____

**MANUEL SALVADOR MALDONADO JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-09-10177-CR (Counts 5 and 8)**

**ORDER**

Manuel Salvador Maldonado Jr.'s attorney requested access to the sealed

exhibits filed in these appeals. The State does not object to granting appellate counsel

access to the sealed exhibits but informs the Court that the previously sealed record

should remain sealed to protect the privacy rights of a juvenile.

It is, therefore, ORDERED that Richard Martin P. Canlas, counsel on appeal

for the appellant, Manuel Salvador Maldonado Jr., be allowed to personally inspect

1

and view the sealed exhibits on file in these appeals. Appellate counsel may personally inspect and view the exhibits at the Ninth Court of Appeals, Jefferson County Courthouse, 1001 Pearl Street, Suite 330, Beaumont, Texas, by appointment during the Court's regular business hours, or in the 435th District Court of Montgomery County, Texas, by appointment with Darlene Forville or Grey Cheney. The trial court and the court reporters shall assist the Court in ensuring that appellate counsel can personally inspect the sealed records. No images or copies may be made of any sealed document.

ORDER ENTERED June 17, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2